UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO.: 8:14-cv-1812-T-23EAJ

ERNEST A. BUFFINGTON,

    Defendant.
_____/

## **ORDER**

The plaintiff's motion (Doc. 5) for an extension of time in which to serve the defendant is **GRANTED**. No later than **FEBRUARY 23, 2015**, the plaintiff must serve the defendant.

ORDERED in Tampa, Florida, on December 23, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE